HAROLD A. O'HERN, by MARY E. McGEE, His Guardian ad Litem, Appellant, *v.* LUDOWICI-CELADON COMPANY, Respondent.

*O'Hern* v. *Ludowici-Celadon Co.*, 146 App. Div. 901, affirmed.
(Argued February 3, 1913; decided February 25, 1913.)

APPEAL from a judgment entered October 13, 1911, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial, and directing judgment for defendant on the nonsuit granted by the trial court in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Alfred L. Becker* and *Robert M. McCormick* for appellant.

*Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch J., WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ. Absent: GRAY, J.